(April 28, 1999)

■ In the Matter of CARMELO SAEZ, JR., et al., Appellants, v STEPHEN H. WEINER et al., Respondents. [690 NYS2d 415] —Order, Supreme Court, Bronx County (Robert Seewald, J.), entered April 27, 1999, unanimously affirmed for the reasons stated by Seewald, J., without costs or disbursements. No opinion.

Concur—Mazzarelli, J. P., Andrias, Saxe, Buckley and Friedman, JJ.